# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Quality Energy Services, Inc.**  )<br> )<br>*Plaintiff*   )<br> )<br>v.   )<br> )<br> )<br>**Greyhound Energy, LLC.**   )<br> )<br>*Defendant*   ) | Civil Action No. 2:24-cv-00705-JCZ-DPC |

## AFFIDAVIT OF SERVICE

I, JC Thompson III, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Greyhound Energy LLC in Orleans Parish, LA on March 25, 2024 at 10:29 am at 601 Poydras Street, Suite 2775, New Orleans, LA 70130 by leaving the following documents with Haley (Refused Last Name) who as Employee Receptionist at Lugenbuhl, Wheaton, Peck, Rankin & Hubbard is authorized by appointment or by law to receive service of process for Greyhound Energy LLC.

Notice of Electronic Filing
Summons
Complaint, Civil Cover Sheet, and Exhibits

Additional Description:
Served

Unknown Race Female, est. age 45-54, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.9485719251,-90.0698785857
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Orleans Parish, LA on 3/26/2024.

/s/ JC Thompson III
Signature
JC Thompson III
+1 (504) 607-3417



**Exhibit 1a)**

**Proof**

Your Proof Territory Manager contact information may be found in your Proof app directly by clicking on the job.

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
Serve Documents
Job #489999

Type: Entity
Registered Agent: Registered Agent for Greyhound Energy
Subpoena: No
Witness Fee: None
Serve Speed: Standard
Court: UNITED STATES DISTRICT COURT
Primary Address:
Residential – 601 Poydras Street, Suite 2775, New Orleans, LA 70130

Entity to be Served: Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Matter Number/Name: 7117-002
Case Number: 2:24-cv-00705-JCZ-DPC
Plaintiff(s): Quality Energy Services, Inc.
Additional Notes:

### Louisiana Serve Rules

By Whom Served. When the sheriff has not made service within 5 days after receipt of process or when a return has been made certifying that the sheriff has been unable to make service, on motion of a party the court may appoint any person not a party over the age of majority, and residing within the state, to make service of process in the same manner as is required of sheriffs. Service of process in this manner must be proved like any other fact in the case.

Personal Service, Individuals. Domiciliary service is made when a proper officer leaves the citation or other process at the dwelling house or usual place of abode of the person to be served with a person of suitable age and discretion residing in the domiciliary establishment.

Corporations. Service of citation or other process on a domestic or foreign corporation is made by personal service on any one of its agents for service of process...

Return of Service. Service of process made by an individual this shall be proved like any other fact in the case. Any person who is a Louisiana licensed private investigator shall be presumed qualified to perform the duties required to make service.

### Attempt Log

| Date | Description |
|---|---|
| 3-25-24 | SERVED |





